# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

WILLIE SPEARS (#91452)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

15-607-SDD-RLB

## RULING

This matter comes before the Court in connection with *Orders* dated September 25, 2015 and November 16, 2015 in the above captioned matter. On September 25, 2015, the Court issued an *Order*[1] granting the Plaintiff authorization to proceed *in forma pauperis* in this case and directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $0.68, and advising that "this action shall be dismissed" should the Plaintiff fail to comply with the Court's *Order*. The Plaintiff failed to pay the initial partial filing fee as ordered and, on November 16, 2015, was ordered[2] to show cause within twenty-one (21) days, why his *Complaint*[3] should not be dismissed for failure to pay the initial partial filing fee. The Plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings, and reserve accounts for the months of September and October of 2015, and advised that failure to submit the requested information or a determination by the Court that the Plaintiff had sufficient funds to make the required

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 4.
[3] Rec. Doc. 1.

payment but failed to do so would result in dismissal of the Plaintiff's action without further notice.

A review of the record reveals that the Plaintiff has failed to pay the initial partial filing fee or show cause, as ordered, why his *Complaint* should not be dismissed for failure to pay the initial partial filing fee. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding be DISMISSED WITHOUT PREJUDICE for failure of the Plaintiff to pay the Court's initial partial filing fee. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 20 day of January, 2016.

*/s/ Shelly D. Dick*
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**